IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sharp, Robert R

Printed: 12/28/07

Case Number: 07 B 14715
Judge: Wedoff, Eugene R
Filed: 8/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 9, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 656.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 656.00 |
| Totals: | 656.00 | 656.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AMC Mortgage Services Inc | Secured | 27,539.39 | 0.00 |
| 2. | AMC Mortgage Services Inc | Unsecured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 181.26 | 0.00 |
| 4. | Capital One | Unsecured | 121.57 | 0.00 |
| 5. | T Mobile USA | Unsecured | 22.26 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 59.88 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 181.26 | 0.00 |
| 8. | Cook County Treasurer | Priority |  | No Claim Filed |
| 9. | Household Credit Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,105.62 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

